UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAREN L. HANKS, <br><br> Plaintiff, <br><br> vs. <br><br> TRANS UNION, LLC et al., <br><br> Defendants. | 2:14-cv-00600-RCJ-VCF <br><br> **ORDER** |

Three of four Defendants have been dismissed by stipulation in this action. The fourth Defendant, Equifax, Inc., has not appeared. There has been no activity in the case for over 270 days.

**CONCLUSION**

IT IS HEREBY ORDERED that Plaintiff shall file a stipulation or motion to voluntarily dismiss Equifax, Inc. or a motion for entry of default within fourteen (14) days of this Order or the Court will dismiss for want of prosecution. *See* Local R. 41-1.

IT IS SO ORDERED.

Dated this 25th day of September, 2015.

_____
ROBERT C. JONES
United States District Judge